ROBERT J. MACHER v. ANNIE GRUBER.— Motion to dismiss appeal denied, with leave to renew as stated in order.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

VIRGINIA D. COSBY v. ARTHUR F. COSBY.— Motion to dismiss appeal denied, without prejudice to renewal in event of unreasonable delay on the part of appellant.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

NATIONAL IMPORTING AND TRADING COMPANY, INC., v. DAVID C. LINK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RICHARD E. BEACH v. MARY E. BEACH.— Motion to dismiss appeal granted unless appellant comply with terms of order.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

AMERICAN UNION LINE, INC., v. ORIENTAL NAVIGATION CORPORATION.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of HYDEASBURO OHASHI, Deceased.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BARBARA SCHNATZ v. GEORGE J. SCHNATZ and Others.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. 'J., Laughlin, Dowling, Smith and Page, JJ.

JOHN S. KEDROVSKY v. ALEXANDER NEMLOVSKY and Others.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MABEL E. LUDLAM v. HENRY LUDLAM and Others.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY SCHIMMEL v. ALMA SCHIMMEL.— Motion for stay denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD A. HUTCHINGS v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York.— Motion for stay denied and stay vacated.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE E. RICHARD MEINIG COMPANY v. UNITED STATES FASTENER COMPANY.— Motion for stay granted upon condition stated in order.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WAITT INVESTING COMPANY, INC., v. RALPH S. ROBBINS.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of GEORGE MCCOMB, Deceased.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROBERT H. MCNEILL, as Administrator, etc., of ISAAC HENRY RADFORD, Deceased, Appellant, v. JOHN A. SHELLITO, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.